## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| NICHOLAS JOSEPH KOURY | CIVIL ACTION NO. 25-0921-P |
| VERSUS | JUDGE DONALD E. WALTER |
| YAHOO, INC., ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the following claims raised by Plaintiff Nicholas Joseph Koury are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met: (A) that Yahoo, Inc. unlawfully searched his emails, "generated a CyberTip without a verified complaint or warrant," and forwarded CyberTip reports to NCMEC and law enforcement; (B) that NCMEC processed Yahoo, Inc.'s "results and transmitted them to law enforcement"; (C) that Detective Wooten unlawfully searched Plaintiff's iPhone and accessed his "MEGA cloud account"; (D) that Sheriff Whittington caused Wooten's unlawful search by failing to update policies; and (E) that Detective Wooten fabricated evidence.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of September, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE